IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

      Plaintiff,

vs.                                                          No. CIV 13-1005 JB/LAM

FEDEX GROUND PACKAGE SYSTEM, INC.,

      Defendant.

## **ORDER**[1]

**THIS MATTER** comes before the Court on Defendant Fedex Ground Packages System, Inc.'s Motion to Compel and for Sanctions, filed September 26, 2014 (Doc. 14)("Motion"). The Court held a hearing on March 19, 2015. For the reasons stated on the record, the Court will grant the Motion in part and deny it in part.

**IT IS ORDERED** that the requests in Defendant Fedex Ground Packages System, Inc.'s Motion to Compel and for Sanctions, filed September 26, 2014 (Doc. 14), are granted in part and denied in part.

.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of Defendant Fedex Ground Packages System, Inc.'s Motion to Compel and for Sanctions, filed September 26, 2014 (Doc. 14). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

- 2 -

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

>*Attorneys for the Plaintiff*

Brenda M. Saiz
Michael E. Kaemper
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

>*Attorneys for the Defendant*