Steven Shutiva
9/30/2015

```
 1       IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF NEW MEXICO
 3
 4  ELIA LEON, individually and as
    Personal Representative
 5  of the Estate of Martin Leon, Deceased,
 6       Plaintiff,
 7    vs.                    No. 1:13-CV-01005 JB/SCY
 8  FEDEX GROUND PACKAGE SYSTEM, INC.,
 9       Defendant.
10
11
12       VIDEOTAPED DEPOSITION OF STEVEN SHUTIVA
              September 30, 2015
13                 9:15 a.m.
               Red Lion Hotel
14         1501 East Santa Fe Avenue
            Grants, New Mexico 87020
15
16
17
18       PURSUANT TO THE FEDERAL RULES OF CIVIL
    PROCEDURE this deposition was:
19
20  TAKEN BY:     PAUL D. BARBER, ESQ.
                 ATTORNEY FOR PLAINTIFF
21
22
23  REPORTED BY: M. Teresa Torrez, CCR
                 New Mexico CCR #159
24               WILLIAMS & ASSOCIATES, LLC
                 1608 Fifth Street, Northwest
25               Albuquerque, New Mexico  87102
```

Clark & Associates
505-205-8435



EXHIBIT B

Steven Shutiva
9/30/2015

Page 14

1  me he . . . was traveling eastbound on Interstate 40
2  when a passerby in a pickup truck had utilized a flash
3  light to gain his attention and point out that he was
4  driving on a blown tire." So that's what he told me.
5     Q. Okay. And so he said that he pulled over --
6     A. Pulled on the shoulder to assess the damaged
7  tire, made the decision to turn around at the 89
8  off-ramp, head back west towards the Petro Travel Center
9  located at the 79 exit of Interstate 40.
10    Q. Okay. Did you talk to the driver of Vehicle
11 #2? That would be the FedEx truck.
12    A. Mr. Martinez?
13    Q. Martinez-Leandro.
14    A. Again, I tried talking to him. He was pretty
15 much in a state of shock. He couldn't really say
16 anything or recall anything at all.
17    Q. Okay. On page 3 of the report -- Sorry, I had
18 a marker on that, and then I lost the marker.
19    A. It just states on my report that he remembered
20 but thought he fell asleep.
21    Q. What page are you looking at?
22    A. 3 of 7.
23    Q. 3 of 7. Okay. That's what I was --
24    A. Probably there.
25    Q. So there -- just past the middle, could you

Page 15

1  read that statement. Where "I observed . . ."
2     A. "I observed a visible head injury to the top
3  of -- top front of Driver 2's head that was bleeding
4  profusely. Driver 1 -- or Driver 2 was conscious and
5  responsive . . . I asked him what [had] happened.
6  Driver 2 stated he didn't remember but [thought] he fell
7  asleep. Mt. Taylor ambulance arrived on scene and
8  tended to Driver 2's injuries and [he] was transported
9  to the Cibola General Hospital for further treatment of
10 his injuries."
11    Q. Okay. Now, what I want to know is, is -- are
12 you the "I" in that paragraph?
13    A. Yes.
14    Q. So this is a report of what you did?
15    A. Yes.
16    Q. And the driver of Vehicle #2 told you that he
17 thought he fell asleep.
18    A. Yes, he did.
19    Q. Did you speak to him in English or Spanish
20 or --
21    A. In English.
22    Q. Okay. Did he seem to understand you?
23    A. Yes, he did.
24    Q. And he answered so that you could understand
25 him.

Page 16

1     A. Yes.
2         MR. KAEMPER: Object to form, foundation.
3     Q. Could you understand him?
4     A. Yes, I did.
5     Q. Okay. Did he tell you anything else about
6  what -- how the crash happened, that you can remember,
7  other than the statement?
8     A. I believe he said he was traveling on the
9  right lane of eastbound Interstate 40, but I -- I don't
10 recall any specifics of what he had told me.
11    Q. Okay. Did he give you any indication of why
12 he ran into the back of another truck?
13    A. I don't recall at this time. Sorry.
14    Q. Did you ever go -- did you ever visit him in
15 the hospital?
16    A. I wanna say I did, but it's been such a long
17 time that I -- I really don't recall.
18    Q. Okay. This conversation is a conversation you
19 had at the scene of the crash.
20    A. Yes, it is.
21    Q. What else do you recall about the crash?
22    A. I remember Deputy James saying he had to cut
23 out the driver of his seat belt, driver to Mr. Martinez.
24 And that's how they got him out of the cab. Again, just
25 a lot of damage at the scene. I know one of the

Page 17

1  responding fire -- or EMT vehicles had ran over some
2  debris and caused damage to their vehicle as well.
3         I wanna say there was a secondary crash on
4  the eastbound lane due to people, I guess, not paying
5  attention to the roadway and looking at what was going
6  on. So there was another secondary crash, and I believe
7  one of the other deputies on scene handled that.
8     Q. Okay. That's not recorded in this --
9     A. No, it's not --
10    Q. -- crash report.
11    A. -- not part of this incident here, so it was
12 considered a separate crash. But, yeah, I remember
13 going through the scene. It was clear to me, you know,
14 through my years of experience and having handled
15 crashes, that the statement from Mr. Payne was
16 inaccurate of him being on the shoulder.
17    Q. Okay.
18    A. Because everything indicated, on the roadway,
19 that the crash happened on the roadway in the right
20 eastbound lane. That was later confirmed by Sergeant
21 Rick Doty of the State -- New Mexico State Police.
22    Q. And did -- were you able to observe or form an
23 opinion as to how the crash happened?
24    A. Yes, I did.
25    Q. What -- what is that?