# In the Matter of:
# Elia Leon vs. Larry A. Payne

Federico Martinez-Leandro, Volume 1

11/08/2013

Job #: 24428



COURT REPORTERS, INC.

(818)988-1900



EXHIBIT C

## Page 34

```
11:23:39  1    Q. After you passed the car, you looked in your mirror
11:23:51  2  and noticed that it was behind you a ways?
11:23:58  3    A. Yes.
11:23:58  4    Q. So you made a decision that it was a safe distance
11:24:04  5  behind you and -- and you -- and you moved back into the right
11:24:12  6  lane; true?
11:24:15  7    MR. CUFF: Objection, form.
11:24:19  8    THE WITNESS: Yes.
11:24:20  9  BY MR. BARBER:
11:24:30 10    Q. When you did that -- well, by that, I mean when you
11:24:37 11  moved back into the right lane. Can you estimate how close you
11:24:45 12  were to the truck?
11:24:46 13    A. The one that I impacted?
11:24:52 14    Q. Yes.
11:24:54 15    A. I was far.
11:25:05 16    Q. Okay. Even when you got back into the right lane,
11:25:12 17  you still thought you were a far distance from that truck;
11:25:18 18  true?
11:25:18 19    MR. CUFF: Objection, form.
11:25:22 20    THE WITNESS: Yes.
11:25:23 21  BY MR. BARBER:
11:25:26 22    Q. Was that truck still in the -- on the shoulder?
11:25:34 23    MR. CUFF: Objection, form.
11:25:36 24    THE WITNESS: Yes.
11:25:37 25  ///
```

## Page 35

```
11:25:37  1  BY MR. BARBER:
11:25:44  2    Q. Do you know whether or not the truck left the
11:25:49  3  shoulder? Did it pull out onto the highway?
11:25:56  4    A. When I switched to the right lane once I noticed that
11:26:13  5  the car was left behind, I saw that both lanes were empty, and
11:26:21  6  I switched to the right. When I looked forward, the truck was
11:26:29  7  already in front of me.
11:26:31  8    Q. So when you looked forward, was it right in front of
11:26:37  9  you?
11:26:37 10    A. Almost.
11:26:41 11    Q. Okay. So you were in the process of checking in your
11:26:49 12  mirror to make sure you had room to get back into the right
11:26:52 13  lane?
11:26:52 14    A. Yes.
11:26:59 15    Q. Okay. And after you did that, then you were -- you
11:27:08 16  were -- you were very close to the truck; true?
11:27:12 17    A. When I switched and when I looked ahead forward,
11:27:23 18  that's when the truck was in front -- almost right there in
11:27:27 19  front of me.
11:27:27 20    Q. Okay. At any time did you see any emergency flashers
11:27:34 21  on that truck ahead of you?
11:27:35 22    A. No. I just saw red ones.
11:27:46 23    Q. They were not flashing?
11:27:49 24    A. No.
11:27:51 25    Q. What do you remember about the crash itself?
```

## Page 36

```
11:28:11  1    MR. CUFF: Objection, form. Form. Objection, form.
11:28:18  2    THE WITNESS: Once I pulled the steering wheel?
11:28:33  3  BY MR. BARBER:
11:28:33  4    Q. Yes.
11:28:35  5    A. I woke -- I woke up, and I moved. And I felt my
11:28:47  6  whole body was hot, and I started looking around and
11:28:55  7  everything. There was no door. There was no windshield. And
11:29:06  8  I started touching my body. I touched my head because it hurt,
11:29:10  9  and it was covered in blood. And I tried to get up, but I was
11:29:24 10  unable to because I was hurt, right here. I had hurt my back,
11:29:27 11  here. And also, I had the seatbelt on.
11:29:39 12    And I started asking, like, two people that were down
11:29:45 13  there. I asked them in Spanish and English where was Martin,
11:30:17 14  and they didn't answer. And so I -- I got off. I took my
11:30:31 15  seatbelt off, and I got off. And they held on to me at the
11:30:38 16  steps. And I asked them again where my partner was. And they
11:31:07 17  told me to sit down, to just stay seated.
11:31:14 18    I asked them again, "Where is Martin?" "Where is
11:31:19 19  Martin Leon?" I asked them in English and in Spanish. And
11:31:32 20  they said, "Just stay there and be calm." And they asked me if
11:31:47 21  I knew the time, if I knew the date, if I knew the year. And I
11:31:56 22  told them the date and everything that they asked. And I asked
11:32:05 23  again about my partner.
11:32:15 24    And then from afar, I heard a voice that said to me,
11:32:20 25  "I'm sorry, man, your friend has passed away." I don't
```

## Page 37

```
11:32:31  1  remember anything else.
11:32:33  2  BY MR. BARBER:
11:32:33  3    Q. Do you know who you were talking to? Were they
11:32:38  4  police officers or medical people?
11:32:42  5    A. No.
11:32:46  6    Q. Did you ever meet the driver of the other truck?
11:32:50  7    A. No.
11:32:57  8    Q. Did he -- either of the drivers in the other truck
11:33:03  9  ever come and talk to you?
11:33:04 10    A. I don't remember who I spoke with. I don't remember
11:33:15 11  who it was.
11:33:16 12    Q. Before the crash, what speed were you driving?
11:33:29 13    A. The truck was governed, so that's at around 70.
11:33:41 14    Q. This happened about 11:00 o'clock at night; true?
11:33:52 15    A. Between 11:00 and midnight but Albuquerque, New
11:34:07 16  Mexico time.
11:34:07 17    Q. Yes. When -- was the road clear?
11:34:16 18    A. Yes.
11:34:17 19    Q. By that, I mean, there was no snow or rain or
11:34:25 20  anything?
11:34:26 21    A. No, there wasn't.
11:34:27 22    Q. And the highway at that place, was it straight?
11:34:37 23    A. Yes.
11:34:38 24    Q. Were there any hills that you remember?
11:34:42 25    A. No.
```