IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

        Plaintiff,

vs.                                                        No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

# **ORDER**[1]

**THIS MATTER** comes before the Court on FedEx Ground Package System, Inc.'s Amended Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Federico Martinez-Leandro, filed February 10, 2016 (Doc. 142). The Court held a hearing on February 19, 2016. Defendant FedEx Ground Package System, Inc. objects to some of Plaintiff Elia Leon's designations of deposition testimony of Federico Martinez-Leandro for trial. The Court rules as follows on FedEx Ground's objections:

| Designation | Rulings |
|---|---|
| 30:22-31:8 | Sustained: 30:22-31:3 |
|  | Overruled: 31:4-8 |
| 56:24-61:18 | Overruled: 56:24-61:18 |
| 62:12-63:23 | Overruled: 62:12-63:23 |
| 96:20-97:25 | Overruled: 96:20-97:25 |

---

[1]This Order disposes of FedEx Ground Package System, Inc.'s Amended Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Federico Martinez-Leandro, filed February 10, 2016 (Doc. 142). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

| | |
|---|---|
| 100:20-101:3 | Overruled: 100:20-101:3 |
| 101:13-102:24 | Overruled: 101:13-102:24 |
| 103:7-8 | Overruled: 103:7-8 |
| 104:19-108:16 | Overruled: 104:19-108:16 |
| 109:15-110:14 | Overruled: 109:15-110:14 |
| 111:10-14 | Overruled: 111:10-14 |
| 113:2-114:11 | Overruled: 113:2-114:11 |
| 114:23-116:22 | Overruled: 114:23-116:22 |
| 117:24-120:20 | Overruled: 117:24-120:20 |
| 124:3-125:9 | Overruled: 124:3-125:9 |
| 129:11-15 | Overruled: 129:11-15 |
| 138:6-139:10 | Overruled: 138:6-139:10 |
| 145:13-16 | Overruled: 145:13-16 |

**IT IS ORDERED** that the objections in FedEx Ground Package System, Inc.'s Amended Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Federico Martinez-Leandro, filed February 10, 2016 (Doc. 142), are sustained in part and overruled in part as stated herein.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

- 3 -

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

    *Attorneys for the Defendant*