IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

        Plaintiff,

vs.                               No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on Defendant FedEx Ground Package System,

Inc.'s Motion for Reconsideration of Decision to Preclude the Introduction of Testimony from

Defense Witness John Smeerdyk, filed February 19, 2016 (Doc. 182).  The Court's decision to

exclude John Smeerdyk is not a sanction.  Defendant FedEx Ground Package System, Inc. did

not identify Smeerdyk as a witness until Thursday, February 11, 2016.  FedEx Ground did not

mention him in its initial disclosures and never amended its initial disclosures.  It never identified

Smeerdyk as a person who is likely to have relevant information about the case.  FedEx Ground

did not mention him in the pretrial order.  Corporations have lots of people.  It is the

corporation's responsibility to tell the plaintiff who is likely to have information about the case's

subject matter.  The Court has reviewed the portion of the two depositions that briefly mention

Smeerdyk, and these mentions do not make it obvious that Smeerdyk has information about the

accident.  Finally, FedEx Ground does not point to any prejudice that it will suffer if Smeerdyk

---

[1]This Order disposes of the Motion for Reconsideration of Decision to Preclude the
Introduction of Testimony from Defense Witness John Smeerdyk, filed February 19, 2016 (Doc.
182).  The Court will, however, at a later date issue a Memorandum Opinion more fully detailing
its rationale for this decision.

does not testify.  His testimony is probably largely for FedEx Ground's convenience.  If he were a key witness, FedEx Ground and its experienced and sophisticated counsel would have identified him in the initial disclosures or pretrial order.  Forcing the Plaintiff to depose Smeerdyk over the weekend before trial would create a considerable burden that outweighs any prejudice that FedEx Ground may suffer.

**IT IS ORDERED** that the Motion for Reconsideration of Decision to Preclude the Introduction of Testimony from Defense Witness John Smeerdyk, filed February 19, 2016 (Doc. 182), is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

- 3 -

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

     *Attorneys for the Defendant*