IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

        Plaintiff,

vs.                                                      No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

## AMENDED ORDER[1]

**THIS MATTER** comes before the Court on FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Michael Sear, filed February 10, 2016 (Doc. 139). The Court held a hearing on February 19, 2016. Defendant FedEx Ground Package System, Inc. objects to some designations of Michael Sears' deposition testimony that Plaintiff Elia Leon has designated for trial testimony. The Court rules on FedEx Ground's objections as follows:

| **Designation** | **Ruling** |
| --- | --- |
| 36:20-37:9 | Overruled: 36:20-37:9 |
| 42:1-16 | Overruled: 42:1-16 |
| 51:3-9 | Overruled: 51:3-9 |
| 60:22-61:7 | Sustained: 60:22-61:7 |
| 62:2-20 | Sustained: 62:2-20 |

---

[1] This Amended Order disposes of FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Michael Sear, filed February 10, 2016 (Doc. 139). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

| | |
|---|---|
| 68:17-24 | Overruled: 68:17-24 |
| 69:20-70:19 | Overruled: 69:20-70:19 |
| 76:25-78:8 | Overruled: 76:25-78:8 |
| 79: 9-80:11 | Overruled: 79: 9-80:11 |
| 82:8-19 | Sustained: 82:8-19 |
| 94:11-97:14 | Overruled: 94:11-97:14 |

**IT IS ORDERED** that the objections in FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Michael Sear, filed February 10, 2016 (Doc. 139), are sustained in part and overruled in part, as stated herein.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

- 3 -

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

    *Attorneys for the Defendant*