**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ELIA LEON, individually and as personal representative of the estate of MARTIN LEON, deceased,

Plaintiff,

vs. No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

**ORDER**[1]

**THIS MATTER** comes before the Court on FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Rene Jimenez, filed February 17, 2016 (Doc. 163). The Court held a hearing on February 19, 2016. Defendant FedEx Ground Package System, Inc. objects to some of Plaintiff Elia Leon's designations of Rene Jimenez' deposition testimony as trial testimony. The Court rules on FedEx Ground's objections as follows:

| **Designation** | **Ruling** |
| --- | --- |
| 9:4-9:12 | Overruled: 9:4-9:12 |
| 44:24-45:12 | Overruled: 44:24-45:12 |
| 46:18-47:3 | Overruled: 46:18-47:3 |
| 59:24-60:6 | Overruled: 59:24-60:6 |
| 75:19-76:24 | Overruled: 75:19-76:24 |

[1]This Order disposes of FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Rene Jimenez, filed February 17, 2016 (Doc. 163). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

**IT IS ORDERED** that the objections in FedEx Ground Package System, Inc.'s Cross Designations and Objections to Plaintiff's Designation of Trial Testimony of Rene Jimenez, filed February 17, 2016 (Doc. 163), are overruled, as stated herein.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

*Attorneys for the Defendant*