IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

      Plaintiff,

vs.                                                                     No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

      Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on the Plaintiff's Objections to Defendant's Deposition Designations of the Deposition of Walter Puckett, filed February 17, 2016 (Doc. 167). The Court held a hearing on February 19, 2016. Plaintiff Elia Leon objects to some of Defendant FedEx Ground Package System, Inc.'s designations of Walter Puckett's deposition testimony as trial testimony. The Court rules on E. Leon's objections as follows:

| **Designation** | **Ruling** |
| --- | --- |
| 6:9-7:11 | Overruled: 6:9-7:11 |
| 38:7-12 | Overruled: 38:7-12 |
| 70:4-72:8 | Overruled: 70:4-8 |
| | Sustained: 70:9-14 |
| | Overruled: 70:15-71:1 |
| | Sustained: 71:1-6 |
| | Overruled: 71:6-14 |

---

[1] This Order disposes of Plaintiff's Objections to Defendant's Deposition Designations of the Deposition of Walter Puckett, filed February 17, 2016 (Doc. 167). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

|  | Sustained: 71:14-72:6 |
|---|---|
|  | Overruled: 72:6-72:8 |
| 72:9 | Overruled: 72:9 |
| 74:13-74:25 | Sustained: 74:13-17 |
|  | Overruled: 74:18-25 |
| 75:2-8 | Overruled: 75:2-8 |
| 76:15-18 | Sustained: 76:15-18 |
| 80:7-81:4 | Overruled: 80:7-80:21 |
|  | Sustained: 80:22-80:21 |
|  | Overruled: 81:2-4 |
| 81:-- | Overruled: 81:-- |
| 85:13-89:6 | Overruled: 85:13-89:6 |

**IT IS ORDERED** that the objections in Plaintiff's Objections to Defendant's Deposition Designations of the Deposition of Walter Puckett, filed February 17, 2016 (Doc. 167), are sustained in part and overruled in part as stated herein.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, PC
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

   *Attorneys for the Plaintiff*

- 3 -

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, PA
Albuquerque, New Mexico

    *Attorneys for the Defendant*