IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIA LEON, individually and as personal
representative of the estate of MARTIN LEON,
deceased,

      Plaintiff,

vs.                                                                              No. CIV 13-1005 JB/SCY

FEDEX GROUND PACKAGE SYSTEM, INC.,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order, filed February 16, 2016 (Doc. 154)("MSJ MOO"); and (ii) a jury trial that the Court held on February 22, 23, 24, 25, and 26 of 2016.  In the MSJ MOO, the Court granted Defendant FedEx Ground Package System, Inc.'s Motion for Partial Summary Judgment on Plaintiff's Claim of Aiding and Abetting, filed November 16, 2015 (Doc. 68), and dismissed Plaintiff Elia Leon's aiding and abetting claims against Defendant FedEx Ground Package System, Inc.  See MSJ MOO at 32.  The jury returned a verdict for Plaintiff Elia Leon and against Defendant FedEx Ground Package System, Inc.  See Special Verdict Form at 1-2, filed February 26, 2016 (Doc. 222)("Special Verdict Form").  It found total damages of $7.3 million and found that FedEx Ground Package System, Inc. was responsible for 75% of the damages.  See Special Verdict Form at 2.  This final judgment adjudicates all of the existing claims and liabilities among the parties.  Elia Leon, the prevailing party, is permitted to apply for fees and costs pursuant to D.N.M.LR-Civ 54.5.

      **IT IS ORDERED** that judgment is entered for Plaintiff Elia Leon and against Defendant

FedEx Ground Package System, Inc. in the amount of $5,475,000.00. The case is dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark J. Caruso
Caruso Law Offices, P.C.
Albuquerque, New Mexico

--and--

Paul D. Barber
Barber & Borg L.L.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Robert E. Dapper, Jr.
Bryson F. Datt, Jr.
Burns White, Attorneys at Law
Pittsburgh, Pennsylvania

--and--

Brenda M. Saiz
Michael E. Kaemper
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*